**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Case No. 1:22-cv-1790-PAB-MEH

YOEL LODOS,

          **Plaintiff,**

v.

EMPIRE TOWING CORP; and BERNARD ESMEL ARRITOLA ALONSO, an individual,

          **Defendants.**

---

## MOTION FOR TELEPHONIC CONFERENCE
## WITH MAGISTRATE JUDGE HEGARTY

---

Comes now, Plaintiff Yoel Lodos, by and through his attorney, and submits this Motion for a telephonic Status Conference in order to discuss service of process on the individual Defendant if the Court is disinclined to grant Plaintiff's Motion for Substitute Service filed contemporaneously herewith, which details Plaintiff's thus far valiant but nonetheless unsuccessful efforts to serve Defendant Bernard Esmel Arritola Alonso.

If this is to be scheduled, we ask that it be after December 1 due to a multitude of other scheduling conflicts between now and then.

We ask the Court for an opportunity to discuss other methods that the Court would deem acceptable, such as seeking leave to issue additional subpoenas. Quite frankly, we have tried everything we can think of, and would find it a mild travesty of justice (if such a thing is not an oxymoron) were this individual to escape liability due to evasion of service.

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.andersondodson.com

We do note that due to the nonappearance of any Defendants in the case this likely would be an *ex parte* conference, but certainly not for lack of trying to get them to the table. We thank the Court for its consideration of this request.

Dated:  November 18, 2022

Respectfully submitted,

*/s/ Penn A. Dodson*
Penn A. Dodson, Esq.
ANDERSONDODSON, P.C.
11 Broadway, Suite 615
New York, NY 10004
*penn@andersondodson.com*
**Attorney for Plaintiffs**

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY  10004
212.961.7639
*www.andersondodson.com*

*Lodos v Empire Towing Corp., et al*
Case No. 1:22-cv-1790-PAB-MEH (Dist. Colo.)

Motion for Status Conference
Page 2