**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Case No. 1:22-cv-1790-PAB-MEH

YOEL LODOS,

    **Plaintiff,**

v.

EMPIRE TOWING CORP; and
BERNARD ESMEL ARRITOLA ALONSO, an individual,

    **Defendants.**

---

## DECLARATION IN SUPPORT OF PLAINTIFF'S
## MOTION FOR SUBSTITUTE SERVICE ON INDIVIDUAL DEFENDANT

---

**PENN A. DODSON, ESQ.,** an attorney admitted to practice law in this United States District

Court, hereby declares pursuant to 28 U.S.C. § 1746 and under penalty of perjury as follows:

1) I am have been the attorney to handle this matter from its inception and as such, am familiar with the facts and circumstances of this action by virtue of a review of the file maintained in this office.

2) I make this Declaration in support of Plaintiff's Motion for Substitute Service on Defendant Bernard Esmel Arritola Alonso, pursuant to Federal Rule of Civil Procedure 4 and CRCP Rule 4.

3) By letter dated March 28, 2022 my firm issued a Wage Payment Demand letter via US Priority Mail addressed to Defendants at 18880 E 120th Avenue, Commerce City 80022 and *empiretowingcorp@gmail.com*.

4) On April 15, 2022 we sent a follow up letter to Defendants at 1287 South 8 Ave, Brighton, CO 80601. This letter was delivered May 19, 2022.

5) On May 24, 2022 our client Plaintiff Yoel Lodos informed us that Defendant Arritola Alonso called Plaintiff and threatened to physically harm him, because of the Colorado Wage Demand Letter.

6) On July 19, 2022 we commenced this action with the filing of a Summons and Complaint as against defendants Empire Towing Corp. and Bernard Esmel Arritola Alonso [Dkt. 1].

**ANDERSONDODSON, P.C.**
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
*www.andersondodson.com*

7) Preliminary research showed that the Colorado Secretary of State website lists Defendant Arritola Alonso as the registered agent for Empire Towing Corp. with an address of 1287 South 8 Ave Unit K-385, Brighton, CO, 80601.

8) My firm attempted to serve Defendant Arritola at this address via process server Cindy Parrino on August 1, 2022 [Dkt 13]. The process server reported that the Defendant used to live with her, but the couple had split up and he is no longer at this address. The woman gave our process server a phone number to contact Mr. Arritola.

9) My paralegal researched this number and numbers associated with Defendant. Arritola Alonso. Our research indicates that the phone number this individual provided does not in fact appear to be associated with Defendant Arritola.

10) As recently as November 11, comprehensive background research shows that Defendant Arritola Alonso is still at the forementioned address of 1287 South 8 Ave Unit K-385, Brighton, CO, 80601. No other addresses have appeared.

11) After finding this Brighton address to be a dead end, we decided to reattempt service at the first address we sent our initial Colorado wage demand; 17410 E 120th Ave, Commerce City, CO 80022. This is the plot of land where the Defendants tow trucks park between tows. After two attempts, our process server Cindy Parrino was able to serve both summons and two copies of the complaint on a man who identified himself as an employee of Empire Towing Corp [Dkt 7]. This satisfies only service upon the corporate entity.

12) Due to the nature of the tow truck business, it is very difficult to serve any individual at the Commerce City location.

13) The Colorado Secretary of State lists Empire Towing Corp's principal mailing street office as 19223 NW 53RD Circle Pl, Miami Gardens, FL 33055-613. Defendant Arritola Alonso is from Miami Gardens Florida, but our research indicates that he is likely in Colorado. Though we found it unlikely that Defendant Arritola Alonso is still in Florida, we hired a process server in certified by Miami Dade County to serve Defendant at this address.

14) The Florida process server made a total of seven attempts at this address and was unable to serve any person at this location. [Dkt 15].

15) On September 6, 2022 My firm also attempted to send waivers of service to the defendants at 19223 NW 53RD Circle Pl, Miami Gardens, FL 33055-613 and 1287 South 8 Ave Unit K-385, Brighton, CO, 80601, and *empiretowingcorp@gmail.com*. These waivers have not been returned.

16) At this point, we believe that Defendant Alonso Arritola is aware of the claims at issue but is evading service.

*Lodos v Empire Towing Corp., et al*
Case No. 1:22-cv-1790-PAB-MEH (Dist. Colo.)

Declaration of Penn Dodson
Page 2

**ANDERSONDODSON, P.C.**
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.andersondodson.com

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and information.

Respectfully submitted, this 18th day of November, 2022.

ANDERSONDODSON, P.C.

*/s/ Penn Dodson*
**Penn A. Dodson**
Colorado Bar No. 54677
*penn@andersondodson.com*
Attorney for Plaintiff

**ANDERSONDODSON, P.C.**
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
*www.andersondodson.com*

*Lodos v Empire Towing Corp., et al*
Case No. 1:22-cv-1790-PAB-MEH (Dist. Colo.)

Declaration of Penn Dodson
Page 3