**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**Civil Case No. 1:22-cv-1790-PAB-MEH**

**YOEL LODOS,**

        **Plaintiff,**

**v.**

**EMPIRE TOWING CORP;** and **BERNARD ESMEL ARRITOLA ALONSO**, an individual,

        **Defendants.**

[*Proposed*]
**ORDER FOR SUBSTITUTE SERVICE ON INDIVIDUAL DEFENDANT**

Having reviewed the Plaintiff's Motion for Substitute Service pursuant to Fed. R. Civ. P. Rule 4(e) and Colo. R. Civ. P. Rule 4(f) and related submissions, the Court hereby ORDERS that service upon Defendant Bernard Esmel Arritola Alonso be deemed complete upon the effectuation of the following:

1. Emailing a copy of the summons and complaint to Defendant Arritola's last known email addresses as per the Comprehensive Background Report [Ex. A], bernard-25@live.com, rockypup69@yahoo.com.

2. Emailing a copy of the summons and complaint to Defendant Arritola's last known email address empiretowingcorp@gmail.com.

3. Mailing a copy of the summons and complaint to Defendant Arritola Alonso at all three of of the above addresses at which service was attempted:

    a. 1287 South 8 Ave Unit K-385, Brighton, CO, 80601

    b. 17410 E 120th Ave, Commerce City, CO 80022

**ANDERSONDODSON, P.C.**
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
*www.andersondodson.com*

c. 19223 NW 53RD Circle Pl, Miami Gardens, FL 33055-613

4. Via Publication, if also found warranted by the court. If this is a desired method, Plaintiff would submit a Notice of Service to be published by the <u>Denver Post</u>, that would include "the sum of money or other relief demanded" as required by C.R.C.P. 4

Plaintiff's counsel shall file a certificate of service toward that end on or before _____, 2021. The deadline for service pursuant to FRCP 4 is also extended accordingly.

SO ORDERED this _____ day of _____, _____.


_____
Philip A. Brimmer
United States District Court Judge

**ANDERSONDODSON, P.C.**
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
*www.andersondodson.com*

*Lodos v Empire Towing Corp., et al*
Case No. 1:22-cv-1790-PAB-MEH (Dist. Colo.)

Proposed Order
Page 2