## UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

Civil Case No. 1:22-cv-1790-PAB-MEH

YOEL LODOS,

          Plaintiff,

v.

EMPIRE TOWING CORP; and BERNARD ESMEL ARRITOLA ALONSO, an individual,

          Defendants.

---

### ORDER FOR SUBSTITUTE SERVICE ON INDIVIDUAL DEFENDANT

---

Having reviewed the Plaintiff's Motion for Substitute Service pursuant to Fed. R. Civ. P. Rule 4(e) and Colo. R. Civ. P. Rule 4(f) and related submissions, the Court hereby ORDERS that service upon Defendant Bernard Esmel Arritola Alonso be deemed complete upon the effectuation of the following:

1. Emailing a copy of the summons and complaint to Defendant Arritola Alonso's last known email addresses as per the Comprehensive Background Report, bernard-25@live.com, rockypup69@yahoo.com; and

2. Emailing a copy of the summons and complaint to Defendant Arritola Alonso's last known email address empiretowingcorp@gmail.com; and

3. Mailing a copy of the summons and complaint to Defendant Arritola Alonso at all three of the below addresses at which service was attempted:

    a. 1287 South 8 Ave Unit K-385, Brighton, CO, 80601;

    b. 17410 E 120th Ave, Commerce City, CO 80022; and

    c. 19223 NW 53RD Circle Pl, Miami Gardens, FL 33055-613; and

4. Via publication. Plaintiff will submit a Notice of Service to be published by the <u>Denver Post</u> that will include "the sum of money or other relief demanded" as required by C.R.C.P. 4.

Plaintiff's counsel shall file a certificate of service toward that end on or before February 8, 2023. The deadline for service pursuant to FRCP 4 is also extended accordingly. Defendant Arritola Alonso's failure to file an Answer or other responsive pleading by March 10, 2023 will result in default being entered on behalf of the individual defendant.

Entered this January 26, 2023, at Denver, Colorado.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge